THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-00011-D

TIMOTHY SMITH, )
)
Plaintiff, )
)
v. ) ORDER FOR PAYMENT OF
) ATTORNEY FEES UNDER THE
KILOLO KIJAKAZI, ) EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security, )
)
Defendant. )
_____ )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,225.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, David B. Goetz, and mailed to his office Gonzalez & Goetz, LLC at 2300 NW Corporate Boulevard, Suite 244, Boca Raton, Florida 33431, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This **29** day of November, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE