UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

TIMOTHY SMITH,                                  )
                                               )
                    Plaintiff,                 )
                                               )        **JUDGMENT IN A CIVIL CASE**
        v.                                     )
                                               )        **CASE NO. 7:22-CV-11-D**
KILOLO KIJAKAZI, Acting Commissioner of        )
Social Security,                               )
                    Defendant.                 )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $5,225.00 in
attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice
Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program,
payment will be made by check payable to Plaintiffs counsel, David B. Goetz, and mailed to his
office Gonzalez & Goetz, LLC at 2300 NW Corporate Boulevard, Suite 244, Boca Raton,
Florida 33431, in accordance with Plaintiff's assignment to his attorney of his right to payment of
attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on November 29, 2022, and Copies To:**

| | |
|---|---|
| Paul T. McChesney | (via CM/ECF electronic notification) |
| David B. Goetz | (via CM/ECF electronic notification) |
| Amanda B. Gilman | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:                          PETER A. MOORE, JR., CLERK
November 29, 2022              (By)  /s/ Nicole Sellers
                               Deputy Clerk